IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH BROWN                                                                                    PLAINTIFF
ADC #194250

v.                            CASE NO. 4:18-CV-00525 BSM

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                              DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 11] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, this case is dismissed without prejudice due to plaintiff Joseph Brown's failure to comply with the order dated August 22, 2018. Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE