IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH BROWN**  **PLAINTIFF**
ADC #194250

v.  CASE NO. 4:18-CV-00525 BSM

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE